RECEIVED
APR 28 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 5:21-cr-00102-01 |
| VERSUS | Chief Judge Hicks |
| DYLAN HUDSON | Magistrate Judge Hornsby |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about August 5, 2019, in the Western District of Louisiana, the defendant, **Dylan Hudson**, while acting under color of law, willfully deprived arrestee M.T. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, the defendant, **Dylan Hudson**, while acting in his capacity as a police officer for the Shreveport Police Department, punched M.T. in the face and head, kneed M.T. in the stomach, tased M.T. in the neck and head, pistol-whipped M.T. in the head, slammed M.T.'s head into the ground, and kicked M.T. in the face, all without justification.

The offense resulted in bodily injury to M.T. and involved the use of dangerous weapons (a Taser, a pistol, and a shod foot).

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

PAMELA S. KARLAN
Principal Deputy
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division

MARY J. MUDRICK, LA BAR# 01992
Assistant United States Attorney
300 Fannin, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600

THOMAS JOHNSON, VA BAR# 89295
Trial Attorney, Civil Rights Division
U.S. Department of Justice
150 M Street NE
Washington, DC 20530
(202) 616-3004