UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:21-CR-00102-01** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **DYLAN HUDSON (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
Jury Trial - Day 2

| Date: | 12/13/2022 | Presiding: Judge S. Maurice Hicks, Jr. |
|---|---|---|
| Court Opened: | 8:30 a.m. | Courtroom Deputy: Kathy Keifer |
| Court Adjourned: | 4:00 p.m. | Court Reporter: Marie Runyon |
| Statistical Time: | 06:30 | |

**APPEARANCES**

| | | |
|---|---|---|
| Mary J Mudrick (AUSA) and Thomas Johnson (AUSA) | For | United States of America |
| Eric G Johnson, Eric Whitehead, Rachel Bays and Paul Michael Davis, Jr. | For | Dylan Hudson (01), Defendant |
| Dylan Hudson (01) | | Defendant, present (on bond) |

**PROCEEDINGS**

DEFENDANT PRESENT
TESTIMONY/EVIDENCE FOR GOVERNMENT CONTINUED AND CONCLUDED
GOVERNMENT RESTS

**RULINGS, COMMENTS:**

The jury was brought in at 8:40 and testimony and evidence continued.

The Court ordered that lunch be provided to the jury due to the inclement weather.

After the lunch break, the Court orally ruled on the admissibility of the video testimony of the witness, M.T. The Court ruled Tyson meets the definition of an unavailable witness and the videotaped statements are admissible pursuant to Rule 807 of the Federal Rules of Evidence. The Court followed the suggestion of both parties and designated the videotape as a joint exhibit.

At the conclusion of the Government's case in chief, the Court and counsel met in the robing room for a conference outside the presence of the jury. The defendant's presence was waived. Defense counsel made an **oral Motion for Judgment of Acquittal under Rule 29**. An alert of a tornado warning interrupted the conference. The jurors were moved to a safe area. At 4:45 the Court advised the jury that there was another tornado sighting, and they should remain until the weather passes. Thereafter, the Court released the jury and ordered them to return at 10:30 a.m. on Wednesday.

Counsel was ordered to be in the courtroom for a charge conference at 8:30 a.m.