**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:21-CR-00102-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **DYLAN HUDSON (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Jury Trial – Day 4**

| Date: | 12/15/2022 | Presiding: Judge S. Maurice Hicks, Jr. |
|---|---|---|
| Court Opened: | 1:41 p.m. | Courtroom Deputy: Kathy Keifer |
| Court Adjourned: | 1:58 p.m. | Court Reporter: Marie Runyon |
| Statistical Time: | 01:30 | |

**APPEARANCES**

| | | |
|---|---|---|
| Mary J Mudrick (AUSA) and Thomas Johnson (AUSA) | For | United States of America |
| Eric G Johnson, Eric Whitehead, Rachel Bays and Paul Michael Davis Jr. | For | Dylan Hudson (01), Defendant |
| Dylan Hudson (01) | | Defendant, present (on bond) |

**PROCEEDINGS**

JURY DELIBERATIONS CONTINUED
JURY RELEASED

**RULINGS, COMMENTS:**

The jury reported at 9:00 a.m. as ordered by the Court and jury deliberations continued.

The Court ordered lunch be provided to the jury.

Mistrial was declared at 1:50 p.m. and jurors released. The Court will schedule a status conference with counsel to discuss further proceedings.