**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:21-CR-00102-01** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **DYLAN HUDSON (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Jury Trial – Day 4**

| | | | |
|---|---|---|---|
| Date: | 6/29/2023 | Presiding: | Judge S. Maurice Hicks, Jr. |
| Court Opened: | 8:45 a.m. | Courtroom Deputy: | Kathy Keifer |
| Court Adjourned: | 1:33 p.m. | Court Reporter: | Marie Runyon |
| Statistical Time: | 02:30 | | |

**APPEARANCES**

| | | |
|---|---|---|
| Mary J Mudrick (AUSA) and Thomas Johnson (AUSA) | For | United States of America |
| Eric G Johnson and Eric Whitehead | For | Dylan Hudson (01), Defendant |
| Dylan Hudson (01) | | Defendant, present (on bond) |

**PROCEEDINGS**

DEFENDANT PRESENT
CASE ARGUED
JURY INSTRUCTED
JURY DELIBERATIONS BEGAN AT 10:15 AM
VERDICT RETURNED AT 1:00 PM
JURY POLLED

**RULINGS, COMMENTS:**

Closing arguments were presented by both sides. Jury instructions were read to the jury.

The Court ordered lunch be provided to the jury during deliberations.

The jury returned a verdict of guilty as to Count 1. The jury was polled and then released.

The Court ordered a presentence investigation report and sentencing is set for October 26, 2023, at 2:00 p.m.

The Government did not move for detention. Defendant is ordered to return for sentencing.

Court adjourned at 1:33 p.m.

**FILINGS:**	Jury Instructions
Jury Notes
Verdict